**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NEWARK PRE-SCHOOL COUNCIL, INC., Plaintiff and Counter-Claim Defendant, | |
| v. | Civil Action No. 16-01024 APM |
| DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., Defendants and Counter-Claim Plaintiffs. | |

# PLAINTIFF'S STATUS REPORT

Plaintiff Newark Pre-school Council, Inc. ("Newark Preschool") files this report in response to the Court's August 16, 2016 Minute Order. The parties have been unable to reach agreement with respect to La Casa de Don Pedro's ("La Casa") occupancy of properties titled to Newark Preschool and contemplated in the August 16th joint filing. Newark Preschool intends to withdraw its motion for preliminary relief. At this time Newark Preschool intends to proceed with further litigation in this matter.

Newark Preschool agrees to allow La Casa to occupy the five federal interest facilities pending final resolution of the parties' claims, but was unable to confirm that Defendants would pay all costs necessary to complete the transition to La Casa. For example, Defendants have requested that Newark Preschool ensure that child care licenses are transitioned to La Casa. This cannot be done, however, without significant work by Newark Preschool staff. Newark Preschool should receive payment for such services.

Newark Preschool will work diligently and in good faith over the next thirty (30) days to attempt to reach an agreement among itself, the Administration of Children and Families ("ACF") and Newark Preschool's creditors to transition title to ACF or La Casa. Newark

Preschool requests a one-time payment of $85,000 for the month of September so that Newark Preschool may take action to ensure a smooth transition to La Casa. Newark Preschool will pay the mortgages and Newark Preschool's real property insurance policy. This amount will also be used to reimburse Newark Preschool's expenses for ensuring that the child care licenses are properly transferred to La Casa. The flat fee will avoid likely disputes over which "operational costs" ACF is willing to reimburse.

Newark Preschool will ensure that the mortgages are current by the end of August and will provide proof of timely payment in September. Newark Preschool would also agree to La Casa's payment of the mortgages directly, assuming the mortgagees consent to such an arrangement, in which case the September payment would be the difference between $85,000 and the mortgage payments.

If the parties are unable to resolve their dispute before the end of September, Newark Preschool will work with ACF to agree on the reasonable and necessary costs related to the federal interest facilities.

Newark Preschool realizes that the Pension Benefit Guaranty Corporation liens will have an effect on the transfer of title. Newark Preschool believes that Defendants were aware of the ongoing dispute regarding the pension plan. Newark Preschool is working through separate counsel to dispute the amount of Newark Preschool's liability.

The irreparable harm of which Defendants warn is much more likely to occur if Defendants make no allowance for any costs that Newark Preschool will incur to smoothly transition the federal interest facilities and child care licenses to La Casa. Rather than reducing services to children, the one-time payment will assist in a smooth transition and timely commencement of the school year.

Respectfully submitted,

Date: August 17, 2016

*<u>/s/ Nicole M. Bacon</u>*

Edward T. Waters (DCD No. 422461)
Nicole M. Bacon (DCD No. 982538)
FELDESMAN TUCKER LEIFER FIDELL LLP
1129 20th Street, N.W., 4th Floor
Washington, DC 20036
(202) 466-8960 (telephone)
(202) 293-8103 (facsimile)
E-mail: ewaters@ftlf.com
nbacon@ftlf.com